Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Phone: 201-391-3737
Fax: 201-391-9361
Attorneys for Defendants Manish Patel and Nimisha Patel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANISH PATEL, an individual; and NIMISHA PATEL, an individual,<br><br>Defendants. | Case No: 2:15-cv-03673-CCC-MF<br><br>**CONSENT ORDER WITHDRAWING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, VACATING DEFAULT & ALLOWING DEFENDANTS TO FILE A LATE ANSWER** |

THIS MATTER having been opened to the Court upon submission of Price, Meese, Shulman & D'Arminio, P.C. (Michael A. Orozco, Esq.), attorneys for Defendants, Manish Patel and Nimisha Patel, and it appearing the attorneys for Plaintiff have consented to the entry of this Order, and good cause having been shown by the parties pursuant to Fed. R. Civ. Pro. 55(c):

IT IS on this **21st** day of September, 2015,

**ORDERED** that Plaintiff's pending Motion for Default Judgment, filed on September 11, 2015, under Docket No.: 10, is hereby withdrawn; and it is further

**ORDERED** that the default entered against Defendants, Manish Patel and Nimisha Patel, on July 21, 2015, is hereby vacated; and it is further

**ORDERED** that Defendants, Manish Patel and Nimisha Patel, are granted leave to file a late Answer, or otherwise respond within fourteen (14) days of the filing of this Consent Order by the Court; and it is,

**FURTHER ORDERED**, service of the within Order shall be deemed effective upon electronic filing by the Court.

_____
Honorable Mark Falk
United States Magistrate Judge

We hereby consent to the entry of the above Order.

| | |
|---|---|
| **LeClair Ryan** | **Price, Meese, Shulman & D'Arminio, P.C.** |
| Attorneys for Plaintiff, | Attorneys for Defendants |
| Days Inns Worldwide, Inc. | Manish & Nimisha Patel |
| | |
| By: _____ | By: _/s/ Michael Orozco, Esq._ |
| Bryan P. Couch, Esq. | Michael Orozco, Esq. |

Dated: September 17, 2015